# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

NEIL LOFQUIST,                    )
                                  )
      Plaintiff,              )
                                  )
                                  )
      vs.                     )    CASE NO.   13-835-SCW
                                  )
DR. NWAOBASI, WEXFORD HEALTH      )
SOURCES, INC., DR. ROBERT SHEARING,)
DR. JOHN TROST,                   )
                                  )
      Defendant(s).           )

## JUDGMENT IN A CIVIL CASE

Defendant Dr. Nwaobasi was granted summary judgment on March 4, 2016 by an Order entered by Chief Judge Michael J. Reagan (Doc. 92).

Defendants Dr. Robert Shearing and Dr. John Trost were dismissed with prejudice and substituted by Wexford Health Sources, on March 20, 2018 by an order entered by Magistrate Judge Stephen C. Williams (Doc. 172).

The remaining case is dismissed with prejudice and without costs in accordance with an Order entered by Magistrate Judge Stephen C. Williams on April 17, 2017 (Doc. 142).

THEREFORE, judgment is entered in favor of Defendants Dr. Nwaobasi, Wexford Health Sources, Inc., Dr. Robert Shearing, and Dr. Trost and against Plaintiff Neil Lofquist. .

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.    This period can only be

extended if excusable neglect or good cause is shown.

**DATED** this 2nd day of July, 2018

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
**Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
**United States Magistrate Judge**
**Stephen C. Williams**